# United States Court of Appeals
## For the First Circuit

No. 07-1588

ALEXANDRE ARONOV,

Plaintiff, Appellee,

v.

JANET NAPOLITANO, ET AL.,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on April 13, 2009 is amended as follows:

On p. 35, line 13 of footnote 3: Replace "parties" with "parties'".